# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 25-5144**　　　　　　　　　　　　　　　　September Term, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-01015-RCL

　　　　　　　　　　　　　　　　　　　　**Filed On:** May 1, 2025

Patsy Widakuswara, et al.,

　　　　Appellees

　　v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

　　　　Appellants


**No. 25-5145**

　　　　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00887-RCL


Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

　　　　Appellees

　　v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

　　　　Appellants

# United States Court of Appeals
#### For The District of Columbia Circuit

_____

**No. 25-5144**                                                  **September Term, 2024**

**No. 25-5150**

                                                                1:25-cv-00966-RCL

Middle East Broadcasting Networks, Inc.,

       Appellee

    v.

United States of America, et al.,

       Appellants

**No. 25-5151**

                                                                 1:25-cv-00907-RCL

Radio Free Asia,

       Appellee

    v.

United States of America, et al.,

       Appellants

United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5144**                                                        **September Term, 2024**

**No. 25-5158**

1:25-cv-00799-RCL

RFE/RL, Inc.,

      Appellee

      v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United
States Agency for Global Media, et al.,

      Appellants

      **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

**O R D E R**

      Upon consideration of the motions for an administrative stay and stay pending appeal in Nos. 25-5144, 25-5145, 25-5150, and 25-5151, the responses thereto, the replies, and the letters; and the emergency motion for an administrative stay and stay pending appeal in No. 25-5158, the response thereto, and the motion for expedited consideration, it is

      **ORDERED** that the following orders, or parts thereof, are administratively stayed pending further order of the court:

      In No. 25-5144, provision (2) of the district court's preliminary injunction filed April 22, 2025;

      In No. 25-5150, the district court's preliminary injunction filed April 25, 2025;

      In No. 25-5151, the district court's preliminary injunction filed April 25, 2025;

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5144**                                   **September Term, 2024**

    In No. 25-5158, the district court's temporary restraining order filed April 29, 2025.

    The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motions for stay pending appeal and should not be construed in any way as a ruling on the merits of those motions.  See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33 (2024).

**<u>Per Curiam</u>**

                                                   **FOR THE COURT:**
                                                   Clifton B. Cislak, Clerk

                            BY:    /s/
                                                   Amy Yacisin
                                                   Deputy Clerk