# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 25-5158**                                                 **September Term, 2024**

1:25-cv-00799-RCL

Filed On: August 27, 2025 [2132350]

RFE/RL, Inc.,

      Appellee

   v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

      Appellants

## M A N D A T E

In accordance with the order of July 1, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed July 1, 2025